## CHARLOTTE J. CUFFEE *v.* EASTERN MEDICAL SUPPLY COMPANY, INC., ET AL.
### (14090)

Landau, Heiman and Schaller, Js.

Argued December 7, 1995—decision released January 9, 1996

*Robert G. Golger,* for the appellant (plaintiff).

*Edward P. Brady III,* for the appellees (defendants).

PER CURIAM. The judgment is affirmed.